**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**MAERSK LINE A/S,**

                **Plaintiff,**              19-cv-4870 (JGK)

    - against -                      ORDER

**MARIE S. CAREW, trading as**
**HOLIDAY SHIPPING,**

                **Defendant.**
_____

**JOHN G. KOELTL, District Judge:**

    For the reasons stated on the record at the conference on July 27, 2020, the plaintiff's motion for summary judgment is denied without prejudice and the defendant's motion to dismiss is denied without prejudice. This case is referred to Magistrate Judge Wang for settlement. The parties should report to the Court within seven days after the conclusion of settlement discussions with the Magistrate Judge.

    The plaintiff should file her updated contact information on the docket, including a telephone and email address. If the defendant wishes to have Mr. Omole continue to represent her, Mr. Omole should file a motion for admission pro hac vice and a notice of appearance, after which the defendant will no longer be pro se.

The Clerk is directed to close Dkt. Nos. 14, 20, and 27. Chambers will mail a copy of this Order to the pro se defendant at the address listed on the docket.

**SO ORDERED.**

**Dated:  New York, New York
         July 27, 2020**                    /s/ John G. Koeltl
                                         **John G. Koeltl
                                         United States District Judge**