UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MAERSK LINE A/S,

              Plaintiff,

              -against-

MARIE S. CAREW,

              Defendant.

------------------------------------------------------------x

19-CV-4870 (JGK) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff, with the *pro se* Defendant on the line, is directed to call Chambers, (212) 805-0260, for the September 16, 2020 settlement conference call at 2:00 pm. This order supersedes ECF 30, which directed parties to use a dial-in.

Plaintiff is directed to email Defendant a copy of this Order.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Defendant.

**SO ORDERED.**

Dated: September 10, 2020
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge