```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
MAERSK LINE A/S,                                    :
                                                    :
                         Plaintiff,                 :
                                                    :        19-CV-4870 (JPC) (OTW)
        -v-                                         :
                                                    :               ORDER
MARIE S. CAREW, trading as HOLIDAY SHIPPING,        :
                                                    :
                         Defendant.                 :
                                                    :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020

JOHN P. CRONAN, United States District Judge:

The Court has reviewed Plaintiff's letter, dated November 16, 2020, requesting a pre-motion conference in anticipation of their Rule 15(a)(2) motion for leave to file an Amended Complaint (Dkt. 37) and the parties' joint status letter dated November 2, 2020 (Dkt. 36). The status letter states that although Defendant is proceeding *pro se*, "[s]he is assisted by Yinka Omole, an attorney duly admitted to practice in Georgia . . . [W]hile no motion for admission *pro hac vice* [h]as yet been submitted, the parties have agreed to e-mail service of papers . . . ." (Dkt. 36). The Court hereby orders that the parties and Mr. Omole appear before the undersigned for a pre-motion conference on December 11, 2020, at 4:00 p.m. The Court will discuss Defendant's representation and issues raised by the November 16, 2020 letter. Unless the Court directs otherwise, the Court plans to conduct the conference by teleconference. At the scheduled time, all parties should call (866) 434-5269, access code 9176261.

The Clerk of the Court is respectfully directed to mail a copy of this order to the *pro se* Defendant.

SO ORDERED.

Dated: November 19, 2020
       New York, New York

                                                      JOHN P. CRONAN
                                          United States District Judge