Edward A. Keane*
Garth S. Wolfson*
———
Of Counsel
Stephen J. Murray+

*Also admitted in NJ
+Also admitted in CT

# MAHONEY & KEANE, LLP
*Attorneys at Law*
*40 Worth Street, Tenth Floor*
*New York, New York 10013*
*Telephone (212) 385-1422*
*Facsimile (212) 385-1605*
gwolfson@mahoneykeane.com

Connecticut Office
———
14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

February 18, 2021

> The parties' request is granted.  The parties may file any dispositive motions by March 26, 2021, with responses due April 9, 2021, and any replies due by April 16. 2021
>
> Plaintiff is directed to send a copy of this Order to Defendant by email.
>
> SO ORDERED
>
> Date: February 18, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

**VIA ECF**

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Case No. 19 Civ. 4870  (JPC)
Maersk Line A/S v.
Marie S. Carew t/a Holiday Shipping
**Our File No. 12/4479**

Honorable Sir,

We represent the Plaintiff, MAERSK LINE A/S ("MAERSK"), in the above-referenced action, wherein, by Order dated February 8, 2021, the parties were directed to file their dispositive motions on or before February 25, 2021. We write jointly with Defendant, MARIE S. CAREW d/b/a HOLIDAY SHIPING ("HOLIDAY"), to request an extension of just over two-weeks, until March 26, 2021 to file such motions. No prior such request has been made.

The parties have recently been directed to undertake some investigation and discovery in connection with motion practice in the related proceeding now pending before the Federal Maritime Commission ("FMC"). Those submissions are also due on or before February 25, 2021. So the parties currently have their hands full gathering the new information requested from the Port of Lagos and elsewhere, and the results of their searches could feasibly impact the content of the intended motions in this case.

We thank the Court for its consideration.

Respectfully submitted,

MAHONEY & KEANE, LLP

By:   s/ Garth S. Wolfson_____
       Garth S. Wolfson

cc (via e-mail):    Maries S. Carew      Yinka Omole, Esq.
                    mhltt1@aol.com        ylawfirm@gmail.com