UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MAERSK LINE A/S,

                        Plaintiff,

           -v-                                                  19 Civ. 4870 (JPC)

                                                                ORDER

MARIE S. CAREW, *trading as* HOLIDAY SHIPPING,

                        Defendant.

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Plaintiff's time to submit a calculation of damages is extended until March 18, 2022.  By

the same date, Plaintiff shall also submit a status letter indicating whether it intends to pursue any

remaining claims in this case at trial and, if so, its views as to an appropriate format for a trial and

potential trial dates.  Defendant shall respond by March 25, 2022.  The Clerk of Court is respectfully

directed to mail this Order to the *pro se* Defendant.

        SO ORDERED.

Dated:  March 11, 2022
        New York, New York                         _____
                                                   JOHN P. CRONAN
                                                   United States District Judge