UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MAERSK LINE A/S,

Plaintiff,

-against-

19 **CIVIL** 4870 (JPC)

**JUDGMENT**

MARIE CAREW t/a HOLIDAY SHIPPING,

Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memo Endorsed Order dated April 7, 2022, judgment is entered for Plaintiff

in the amount of $159,697.81; accordingly, the case is closed.

**Dated:**  New York, New York

April 11, 2022

**RUBY J. KRAJICK**

Clerk of Court

BY:

_____
**Deputy Clerk**